IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Martine S. Good-Ewell

Case No. 1:21-bk-00724-HWV
Chapter 7

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 15th day of April, 2021, comes the above Debtor, by her counsel, Brent Diefenderfer, Esquire and CGA Law Firm, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 7 petition, which was filed as an emergency on April 1, 2021.

3. Due to the expedited and hurried nature in which this petition was filed, and due to the Debtor's work schedule and high volume of information involved in her case, there is insufficient time for Debtor to compile the necessary information and to complete the remaining documents by April 15, 2021.

4. The Debtor requests an extension of twenty (20) days to file all remaining documents.

WHEREFORE, the Debtor requests an extension of time of twenty (20) days in which to file all remaining documents to accompany her bankruptcy petition.

Respectfully submitted,
CGA Law Firm

By: /s/ Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire
Sup. Ct. ID No. 93685
135 N. George St. York, PA 17401
Telephone: 717-848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Martine S. Good-Ewell

Case No. 1:21-bk-00724-HWV
Chapter 7

### ORDER EXTENDING TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional twenty (20) days, to May 5, 2021.

BY THE COURT,

{01920069/1}