

**Penn-Mar Organization Inc**
310 Old Freeland Road
Freeland , MD 21053

| Pay Statement | |
|---|---|
| Period Start Date | 02/27/2021 |
| Period End Date | 03/12/2021 |
| Pay Date | 03/19/2021 |
| Document | 78092 |
| Net Pay | $586.00 |

## Pay Details

| Martine S Good-Ewell<br>75 Manchester Street<br>Glen Rock, PA 17327<br>USA | Employee Number | 05813 | Pay Group | Staff |
|---|---|---|---|---|
| | SSN | 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 | Location | 21223 Gunpowder Road |
| | Job | MD Awake Overnight RA | Department | 120 - ALU20 Gunpowder Rd Up |
| | Pay Rate | $14.4400 | Sub-Company | 01 - Maryland |
| | Pay Frequency | Biweekly | GL Acct Dist | DIRECT - Direct Wages |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 2.6500 | $38.27 | |
| Regular Pay | 68.8500 | $994.19 | $6,594.75 |
| Overtime | 3.0700 | $44.33 | $982.07 |
| Holiday | 0.0000 | $0.00 | $577.60 |
| COVID Response | 0.0000 | $0.00 | $757.82 |
| OT Premium | 3.0700 | $22.91 | $508.01 |
| Christmas Hol | 0.0000 | $0.00 | $187.79 |
| Dept Prem 1 | 71.9200 | $35.96 | $270.85 |
| HSA Employer | | $53.52 | $321.12 |
| New Years Hol | 0.0000 | $0.00 | $238.26 |
| PTO New Plan | 15.0000 | $216.60 | $216.60 |
| Vaccine Pay | 0.0000 | $0.00 | $14.44 |

Total Hours  89.5700

## Deductions

| Deduction | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|
| | | Current | YTD | Current | YTD |
| 403(b) % | Yes | $121.70 | $861.83 | $0.00 | $0.00 |
| Cigna Silver | Yes | $341.93 | $2,051.58 | $732.07 | $4,392.42 |
| Dental | Yes | $10.52 | $63.12 | $31.50 | $189.00 |
| HSA Employer | No | $53.52 | $321.12 | $0.00 | $0.00 |
| HSA Family | Yes | $160.00 | $960.00 | $0.00 | $0.00 |
| Life Insurance | No | $1.26 | $7.56 | $3.76 | $22.56 |
| Life/AD&D | No | $0.08 | $0.48 | $0.00 | $0.00 |
| Short Term Dis | No | $3.65 | $21.90 | $10.93 | $65.58 |
| United Way | No | $9.00 | $54.00 | $0.00 | $0.00 |
| Vision | Yes | $8.16 | $48.96 | $0.00 | $0.00 |
| 403(b) ERMatch | No | $0.00 | $0.00 | $67.61 | $478.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $10.00 | $258.06 |
| Employee Medicare | $12.06 | $104.76 |
| Social Security Employee Tax | $51.56 | $447.92 |
| PA State Income Tax | $25.53 | $221.80 |
| GLEN ROCK | $10.81 | $93.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Covid Relief | 40.0000 | 40.0000 |
| PTO New Plan | 4.0000 | 84.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5960 | Checking | $586.00 |
| Total | | $586.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,405.78 | $709.95 | $109.96 | $709.82 | $586.00 |
| YTD | $10,669.31 | $6,362.70 | $1,126.46 | $4,390.55 | $5,152.30 |

# Penn-Mar Human Services

Penn-Mar Organization Inc
310 Old Freeland Road
Freeland , MD 21053

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 02/13/2021 |
| Period End Date | 02/26/2021 |
| Pay Date | 03/05/2021 |
| Document | 77539 |
| Net Pay | $931.55 |

## Pay Details

Martine S Good-Ewell
75 Manchester Street
Glen Rock, PA 17327
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 05813 | Pay Group | Staff | | |
| SSN | 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 | Location | 21223 Gunpowder Road | | |
| Job | MD Awake Overnight RA | Department | 120 - ALU20 Gunpowder Rd Up | | |
| Pay Rate | $14.4400 | Sub-Company | 01 - Maryland | | |
| Pay Frequency | Biweekly | GL Acct Dist | DIRECT - Direct Wages | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 80.0000 | $1,155.20 | $5,562.29 |
| Overtime | 21.5700 | $311.47 | $937.74 |
| Holiday | 8.0000 | $115.52 | $577.60 |
| COVID Response | 0.0000 | $0.00 | $757.82 |
| OT Premium | 21.5700 | $161.13 | $485.10 |
| Christmas Hol | 0.0000 | $0.00 | $187.79 |
| Dept Prem 1 | 101.5700 | $50.78 | $234.89 |
| HSA Employer | | $53.52 | $267.60 |
| New Years Hol | 0.0000 | $0.00 | $238.26 |
| Vaccine Pay | 1.0000 | $14.44 | $14.44 |

Total Hours 110.5700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403(b) % | Yes | $161.47 | $740.13 | $0.00 | $0.00 |
| Cigna Silver | Yes | $341.93 | $1,709.65 | $732.07 | $3,660.35 |
| Dental | Yes | $10.52 | $52.60 | $31.50 | $157.50 |
| HSA Employer | No | $53.52 | $267.60 | $0.00 | $0.00 |
| HSA Family | Yes | $160.00 | $800.00 | $0.00 | $0.00 |
| Life Insurance | No | $1.26 | $6.30 | $3.76 | $18.80 |
| Life/AD&D | No | $0.08 | $0.40 | $0.00 | $0.00 |
| Short Term Dis | No | $3.65 | $18.25 | $10.93 | $54.65 |
| United Way | No | $9.00 | $45.00 | $0.00 | $0.00 |
| Vision | Yes | $8.16 | $40.80 | $0.00 | $0.00 |
| 403(b) ERMatch | No | $0.00 | $0.00 | $89.70 | $411.19 |

## Taxes

| Tax | | Current | YTD |
|---|---|---|---|

|  | Current | YTD |
|---|---|---|
| Tax | $26.11 | $248.06 |
| Federal Income Tax | $18.68 | $92.70 |
| Employee Medicare | $79.85 | $396.36 |
| Social Security Employee Tax | $39.54 | $196.27 |
| PA State Income Tax | $16.74 | $83.11 |
| GLEN ROCK | | |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Covid Relief | 0.0000 | 40.0000 |
| PTO New Plan | 4.0000 | 95.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5960 | Checking | $931.55 |
| Total | | $931.55 |

## Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,862.06 | $1,126.46 | $180.92 | $749.59 | $931.55 |
| YTD | $9,263.53 | $5,652.75 | $1,016.50 | $3,680.73 | $4,566.30 |

## Penn-Mar Human Services

Penn-Mar Organization Inc
310 Old Freeland Road
Freeland , MD 21053

| Pay Statement | |
|---|---|
| Period Start Date | 02/26/2021 |
| Period End Date | 03/02/2021 |
| Pay Date | 03/02/2021 |
| Document | 77125 |
| Net Pay | $500.00 |

### Pay Details

| Martine S Good-Ewell<br>75 Manchester Street<br>Glen Rock, PA 17327<br>USA | Employee Number | 05813 | Pay Group | Staff |
|---|---|---|---|---|
| | SSN | 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 | Location | 21223 Gunpowder Road |
| | Job | MD Awake Overnight RA | Department | 120 - ALU20 Gunpowder Rd Up |
| | Pay Rate | $14.4400 | Sub-Company | 01 - Maryland |
| | Pay Frequency | Biweekly | GL Acct Dist | DIRECT - Direct Wages |

### Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 0.0000 | $0.00 | $4,407.09 |
| Overtime | 0.0000 | $0.00 | $626.27 |
| Holiday | 0.0000 | $0.00 | $462.08 |
| COVID Response | | $757.82 | $757.82 |
| OT Premium | 0.0000 | $0.00 | $323.97 |
| Christmas Hol | 0.0000 | $0.00 | $187.79 |
| Dept Prem 1 | 0.0000 | $0.00 | $184.11 |
| HSA Employer | 0.0000 | $0.00 | $214.08 |
| New Years Hol | 0.0000 | $0.00 | $238.26 |

Total Hours 0.0000

### Deductions

| Deduction | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|
| | | Current | YTD | Current | YTD |
| 403(b) % | Yes | $0.00 | $578.66 | $0.00 | $0.00 |
| Cigna Silver | Yes | $0.00 | $1,367.72 | $0.00 | $2,928.28 |
| Dental | Yes | $0.00 | $42.08 | $0.00 | $126.00 |
| HSA Employer | No | $0.00 | $214.08 | $0.00 | $0.00 |
| HSA Family | Yes | $0.00 | $640.00 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $5.04 | $0.00 | $15.04 |
| Life/AD&D | No | $0.00 | $0.32 | $0.00 | $0.00 |
| Short Term Dis | No | $0.00 | $14.60 | $0.00 | $43.72 |
| United Way | No | $0.00 | $36.00 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $32.64 | $0.00 | $0.00 |
| 403(b) ERMatch | No | $0.00 | $0.00 | $0.00 | $321.49 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $166.72 | $221.95 |

| Tax | | | Current | YTD |
|-----|---|---|---------|-----|
| Employee Medicare | | | $10.99 | $74.02 |
| Social Security Employee Tax | | | $46.99 | $316.51 |
| PA State Income Tax | | | $23.27 | $156.73 |
| GLEN ROCK | | | $9.85 | $66.37 |

## Paid Time Off

| Plan | Current | Balance |
|------|---------|---------|
| Covid Relief | -40.0000 | 0.0000 |
| PTO New Plan | 0.0000 | 91.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|----------------|--------------|--------|
| xxxxxx5960 | Checking | $500.00 |
| Total | | $500.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|-------|-------------------|-------|------------|---------|
| Current | $757.82 | $757.82 | $257.82 | $0.00 | $500.00 |
| YTD | $7,401.47 | $4,526.29 | $835.58 | $2,931.14 | $3,634.75 |

## Penn-Mar Human Services

Penn-Mar Organization Inc
310 Old Freeland Road
Freeland , MD 21053

| Pay Statement | |
|---|---|
| Period Start Date | 01/30/2021 |
| Period End Date | 02/12/2021 |
| Pay Date | 02/19/2021 |
| Document | 76592 |
| Net Pay | $796.47 |

### Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Martine S Good-Ewell | Employee Number | 05813 | Pay Group | Staff | |
| 75 Manchester Street | SSN | 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 | Location | 21223 Gunpowder Road | |
| Glen Rock, PA 17327 | Job | MD Awake Overnight RA | Department | 120 - ALU20 Gunpowder Rd Up | |
| USA | Pay Rate | $14.4400 | Sub-Company | 01 - Maryland | |
| | Pay Frequency | Biweekly | GL Acct Dist | DIRECT - Direct Wages | |

### Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 80.0000 | $1,155.20 | $4,407.09 |
| Overtime | 18.9000 | $272.92 | $626.27 |
| Holiday | 0.0000 | $0.00 | $462.08 |
| OT Premium | 18.9000 | $141.18 | $323.97 |
| Christmas Hol | 0.0000 | $0.00 | $187.79 |
| Dept Prem 1 | 98.9000 | $49.45 | $184.11 |
| HSA Employer | | $53.52 | $214.08 |
| New Years Hol | 0.0000 | $0.00 | $238.26 |

Total Hours 98.9000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403(b) % | Yes | $145.69 | $578.66 | $0.00 | $0.00 |
| Cigna Silver | Yes | $341.93 | $1,367.72 | $732.07 | $2,928.28 |
| Dental | Yes | $10.52 | $42.08 | $31.50 | $126.00 |
| HSA Employer | No | $53.52 | $214.08 | $0.00 | $0.00 |
| HSA Family | Yes | $160.00 | $640.00 | $0.00 | $0.00 |
| Life Insurance | No | $1.26 | $5.04 | $3.76 | $15.04 |
| Life/AD&D | No | $0.08 | $0.32 | $0.00 | $0.00 |
| Short Term Dis | No | $3.65 | $14.60 | $10.93 | $43.72 |
| United Way | No | $9.00 | $36.00 | $0.00 | $0.00 |
| Vision | Yes | $8.16 | $32.64 | $0.00 | $0.00 |
| 403(b) ERMatch | No | $0.00 | $0.00 | $80.94 | $321.49 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $10.00 | $55.23 |
| Employee Medicare | $15.92 | $63.03 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $68.08 | $269.52 |
| PA State Income Tax | $33.71 | $133.46 |
| GLEN ROCK | $14.28 | $56.52 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Covid Relief | 0.0000 | 40.0000 |
| PTO New Plan | 4.0000 | 91.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5960 | Checking | $796.47 |
| Total | | $796.47 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,672.27 | $952.45 | $141.99 | $733.81 | $796.47 |
| YTD | $6,643.65 | $3,768.47 | $577.76 | $2,931.14 | $3,134.75 |

# Penn-Mar Human Services

Penn-Mar Organization Inc
310 Old Freeland Road
Freeland , MD 21053

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/16/2021 |
| Period End Date | 01/29/2021 |
| Pay Date | 02/05/2021 |
| Document | 76156 |
| Net Pay | $696.83 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| Martine S Good-Ewell | Employee Number | 05813 | Pay Group | Staff |
| 75 Manchester Street | SSN | 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 | Location | 21223 Gunpowder Road |
| Glen Rock, PA 17327 | Job | MD Awake Overnight RA | Department | 120 - ALU20 Gunpowder Rd Up |
| USA | Pay Rate | $14.4400 | Sub-Company | 01 - Maryland |
| | Pay Frequency | Biweekly | GL Acct Dist | DIRECT - Direct Wages |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 77.0700 | $1,112.89 | $3,251.89 |
| Overtime | 10.0700 | $145.41 | $353.35 |
| Holiday | 8.0000 | $115.52 | $462.08 |
| OT Premium | 10.0700 | $75.22 | $182.79 |
| Christmas Hol | 0.0000 | $0.00 | $187.79 |
| Dept Prem 1 | 87.1300 | $43.56 | $134.66 |
| HSA Employer | | $53.52 | $160.56 |
| New Years Hol | 0.0000 | $0.00 | $238.26 |

Total Hours 95.1400

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403(b) % | Yes | $134.33 | $432.97 | $0.00 | $0.00 |
| Cigna Silver | Yes | $341.93 | $1,025.79 | $732.07 | $2,196.21 |
| Dental | Yes | $10.52 | $31.56 | $31.50 | $94.50 |
| HSA Employer | No | $53.52 | $160.56 | $0.00 | $0.00 |
| HSA Family | Yes | $160.00 | $480.00 | $0.00 | $0.00 |
| Life Insurance | No | $1.26 | $3.78 | $3.76 | $11.28 |
| Life/AD&D | No | $0.08 | $0.24 | $0.00 | $0.00 |
| Short Term Dis | No | $3.65 | $10.95 | $10.93 | $32.79 |
| United Way | No | $9.00 | $27.00 | $0.00 | $0.00 |
| Vision | Yes | $8.16 | $24.48 | $0.00 | $0.00 |
| 403(b) ERMatch | No | $0.00 | $0.00 | $74.63 | $240.55 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $10.00 | $45.23 |
| Employee Medicare | $14.09 | $47.11 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $60.27 | $201.44 |
| PA State Income Tax | $29.84 | $99.75 |
| GLEN ROCK | $12.64 | $42.24 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Covid Relief | 0.0000 | 40.0000 |
| PTO New Plan | 7.2800 | 87.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5960 | Checking | $696.83 |
| Total | | $696.83 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,546.12 | $837.66 | $126.84 | $722.45 | $696.83 |
| YTD | $4,971.38 | $2,816.02 | $435.77 | $2,197.33 | $2,338.28 |