Certificate Number: 13858-PAM-DE-035787206

Bankruptcy Case Number: 21-00724



13858-PAM-DE-035787206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 25, 2021</u>, at <u>12:03</u> o'clock <u>PM EDT</u>, <u>Martine S Good-Ewell</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>June 25, 2021</u>          By:      <u>/s/Rebecca McDaniel</u>

                                    Name:  <u>Rebecca McDaniel</u>

                                    Title:    <u>Counselor</u>